### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **COVENTRY FIRST, LLC,** *Plaintiff* | §§§§§§§§§ | A-22-CV-01234-ADA |
| -vs- | | |
| **EQUITABLE HOLDINGS, INC., EQUITABLE FINANCIAL LIFE INSURANCE COMPANY, EQUITABLE FINANCIAL LIFE INSURANCE COMPANY OF AMERICA, AND EQUITABLE DISTRIBUTORS, LLC.** *Defendants* | | |

## **ORDER**

Before the Court in the above-entitled cause of action is the Report and Recommendation of United States Magistrate Judge Mark Lane regarding Plaintiff's Motion for Attorneys' Fees (the "Motion"), filed December 14, 2023 (Dkt. 67), and the associated response and reply briefs. This Court referred this cause to the United States Magistrate Judge for findings and recommendations. The Magistrate Judge filed his Report and Recommendation on April 11, 2024. *See* Dkt. 72. After a careful and thorough review of the case and the applicable law, the Magistrate Judge recommends that Plaintiff's Motion be **GRANTED, in part, and DENIED, in part.** Dkt. 72. The Magistrate Judge further recommends that this Court order Defendants to pay Plaintiff a total of **$71,400.00** in relation to Defendants' erroneous removal of this matter to federal court. *Id.*

As noted, the Magistrate Judge issued his Report and Recommendation on April 11, 2024, and on the same date, both parties were served with copies of the Report and Recommendation by electronic means. A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. §

636(b)(1)(C). Because the Plaintiff timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so, and after careful consideration of Plaintiff's Objections (Dkt. 73), the Court overrules the objections and adopts the report and recommendation.

**IT IS THEREFORE ORDERED** that the Court hereby **ADOPTS** the Report and Recommendation that the United States Magistrate Judge has filed in this cause.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Attorneys' Fees (Dkt. 67), is **GRANTED, in part, and DENIED, in part.**

SIGNED this 29th day of April, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE